# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **LARRY THOMAS NIXON,** | : | |
| Plaintiff, | : | |
| v. | : | Civil File No. 7:13-CV-38 (HL) |
| **UNITED PARCEL SERVICE, INC.,** | : | |
| Defendant. | : | |

## ORDER

Defendant, United Parcel Service, Inc. filed a motion on October, 3, 2013, seeking dismissal of this case. Since Plaintiff is proceeding pro se, the Court deems it appropriate and necessary to advise him of his obligations in responding to said Motion and of the consequences which he may suffer if he fails to file a proper response thereto.

Plaintiff is advised:

(1) that a Motion to Dismiss has been filed herein on behalf of Defendant;

(2) that he has the right to oppose the granting of said Motion; and,

(3) that if he fails to oppose said Motion, the complaint against Defendant may be dismissed.

Plaintiff is further advised that under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The Court considers the complaint and briefs filed by the parties in deciding whether dismissal is appropriate

under the law.

Failure of Plaintiff to respond to the Motion to Dismiss may result in the granting of said Motion.  There would be no trial or any further proceedings as to the Defendants seeking dismissal.

Accordingly, Plaintiff is directed to file a response to said Motion to Dismiss not later than **October 23, 2013**.  Thereafter, the Court will consider the Motion and any opposition to same filed by Plaintiff.  If no response is submitted by Plaintiff, the Court will consider said Motion to be uncontested.  The Clerk is directed to serve a copy of this Order on Plaintiff at the last address provided by him.

**SO ORDERED**, this the 3rd day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**